GEOFFREY A. HANSEN
Acting Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant INIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-278 EDL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| v. | |
| DAVID INIGUEZ, | |
| Defendant. | |

On January 18, 2011, the parties last appeared before the Court in the above-referenced matter and set the matter over for one year, until January 17, 2012 to allow defendant David Iniguez to participate in pre-trial diversion. Mr. Iniguez began his one year of diversion on March 2, 2011, and therefore is scheduled to terminate on March 1, 2012. According, the parties propose that the status conference previously set for January 17, 2012 be continued to March 13, 2012 to allow Mr. Iniguez time to complete diversion.

The parties also request that the Court exclude the period of time from January 17, 2012 to March 13, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance provides the reasonable time necessary for a deferral of the prosecution to allow Mr. Iniguez to demonstrate his good conduct. 18 U.S.C. § 3161(h)(2).

1

The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

January 11, 2012
DATED

/s/
JODI LINKER
Assistant Federal Public Defender

January 11, 2012
DATED

/s/
ACADIA SENESE
Assistant United States Attorney

[PROPOSED] ORDER

Based on the stipulation of the parties, and for good cause shown, the next appearance in the above-captioned matter is continued to March 13, 2012 at 11:00 am and the time until then is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Jan 2, 2012
DATED

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE